1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JORGE GUTIERREZ, | ) Case No. 09-4864 VBF(JC) |
|---|---|
| Petitioner, | ) JUDGMENT |
| v. | ) |
| KELLY HARRINGTON, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 12/12/11

_____for\_\_\_

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE